UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOSE ELPIDIO SOLORIO-BEJAR, )<br>)<br>Defendant. )<br>) | NO. CR-11-6072-WFN-2<br><br>ORDER DENYING MOTION TO<br>MODIFY CONDITIONS OF RELEASE<br>**(Ct. Rec. 66)** |

On April 11, 2012, this court held a bail review hearing. James Goeke appeared for the government and Defendant was present with counsel Ken Therrien.

Counsel for the defendant moved for removal of the $50,000 bail condition imposed in the February 6, 2012, Order Setting Conditions of Release. The Court heard argument from counsel.

The Court does not have enough information at this time to determine whether defendant is a flight risk should the bond amount be reduced or removed. Defendant's motion to modify conditions of release is **DENIED. (Ct. Rec. 66)**

**IT IS SO ORDERED.**

DATED this 11th day of April, 2012.

s/ James P. Hutton
JAMES P. HUTTON
United States Magistrate Judge

ORDER DENYING MOTION TO MODIFY CONDITIONS OF RELEASE