PS 8
(12/04)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 11 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA WASHINGTON

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.     Jose Elpidio Solorio-Bejar     Docket No.     2:11CR06072-002-WFN

### Petition for Action on Conditions of Pretrial Release

    COMES NOW Curtis G. Hare, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Jose Elpidio Solorio-Bejar who was placed under pretrial release supervision by the Honorable James P. Hutton sitting in the Court at Yakima, WA, on the 30th day of May 2012, under the following conditions:

**Standard Condition No. 22**: Prohibited substance testing. If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through pretrial services, and shall not exceed six (6) per month. Defendant shall submit to any method of testing required by the pretrial services office for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of prohibited substance testing. Full mutual releases shall be executed to make communication between the Court, pretrial services, and the treatment vendor. Treatment shall not interfere with the defendant's court appearances.

**Standard Condition No. 23**: The defendant shall participate in one or more of the following home confinement program(s):

Electronic monitoring. The defendant shall participate in the program of electronically monitored home confinement. The defendant shall wear, at all times, an electronic monitoring device under the supervision of U.S. Probation. In the event the defendant does not respond to electronic monitoring or cannot be found, the U.S. Probation Office shall forthwith notify the United States Marshals Service, who shall immediately find, arrest, detain the defendant. The defendant shall pay all or part of the cost of the program based upon ability to pay determined by the pretrial services officer.

Home detention: The defendant shall be restricted to his/her residence at all times except for employment, education, religious services, medical, substance abuse, or mental health treatment, attorney visits, court appearances, case related matters, court ordered obligations, or other activities as pre-approved by the Pretrial Services Office or supervising officer.

    RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation No. 1**: Jose Elpidio Solorio-Bejar is considered in violation of his pretrial supervision in the Eastern District of Washington by failing to submit to urine drug testing on June 28, 2012.

**Violation No. 2**: Jose Elpidio Solorio-Bejar is considered in violation of his pretrial supervision in the Eastern District of Washington by violating his approved home confinement schedule on June 14, 2012; June 21, 2012; June 23, 2012; and July 6, 2012.

PS-8
Re: SOLORIO-BEJAR, Jose Elpidio
July 11, 2012
Page 2

## PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 7/11/2012

by  s/Curtis G. Hare

Curtis G. Hare
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

7/11/12
Date