PROB 12C
(6/16)

Report Date: June 27, 2022

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 01, 2022

SEAN F. McAVOY, CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

| | |
|---|---|
| Name of Offender: Jose Elpidio Solorio-Bejar | Case Number: 0980 2:11CR06072-SAB-2 |
| Address of Offender: ▮▮▮▮▮▮▮▮ Kennewick, Washington 99336 | |

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: January 28, 2013

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute Actual Methamphetamine and Aiding and Abetting, 21 U.S.C. §§ 841(a) and 846; and 18 U.S.C. § 2 |
| Original Sentence: | Prison - 126 months; TSR - 60 months |
| Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Ian Garriques |
| Date Supervision Commenced: | July 8, 2020 |
| Defense Attorney: | Federal Defenders |
| Date Supervision Expires: | July 7, 2025 |

## PETITIONING THE COURT

To issue a summons.

On July 8, 2020, Jose Elpidio Solorio-Bejar began his term of supervised release. That same day, a probation officer reviewed the judgment and sentence with Mr. Solorio-Bejar. He acknowledging a full understanding of his conditions of supervision, signed his judgment and was provided a copy.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Solorio-Bejar is considered in violation of his supervised release by consuming a controlled substance, marijuana, on or about May 5, 2022. |
| | Mr. Solorio-Bejar was referred to Merit Resource Services (Merit) for substance abuse treatment and random drug testing. Merit had him submit to a drug test on May 5, 2022, which was confirmed positive for marijuana. |
| 2 | **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

Prob12C
**Re: Solorio-Bejar, Jose Elpidio**
**June 27, 2022**
**Page 2**

        **Supporting Evidence**: Mr. Solorio-Bejar is considered in violation of his supervised release by consuming controlled substances, marijuana and methamphetamine, on or about June 7, 2022.

        Mr. Solorio-Bejar reported to Merit for a random drug test on June 9, 2022, which was presumptive positive for marijuana and methamphetamine. Mr. Solorio-Bejar admitted to Merit staff that he had last used both substances on June 7, 2022.

3        **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

        **Supporting Evidence**: Mr. Solorio-Bejar is considered in violation of his supervised release by consuming controlled substances, marijuana and methamphetamine, on or about June 21, 2022.

        The undersigned officer contacted Mr. Solorio-Bejar by telephone on June 23, 2022. He was instructed to report to the probation office on this same date to submit a drug test. Mr. Solorio-Bejar stated he would report as required and admitted he had used marijuana and methamphetamine approximately 2 days prior on June 21, 2022. He reported to the office as instructed and submitted to a drug test, which was sent to the national laboratory for confirmation to include testing for fentanyl.

4        **Special Condition # 15**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

        **Supporting Evidence**: Mr. Solorio-Bejar is considered in violation of his supervised release by not complying with his substance abuse treatment program since on or about June 22, 2022.

        Mr. Solorio-Bejar completed a chemical dependancy assessment with Merit Resource Services on March 9, 2022. He was assessed as needing outpatient treatment and was to attend group sessions once per week. He was also to have one-on-one meetings once a month with his assigned counselor.

        After submitting to a drug test at Merit on June 9, 2022, that was presumptive positive, Mr. Solorio-Bejar admitted to his Merit counselor to using marijuana and methamphetamine on June 7, 2022. He was scheduled to attend an individual session with his counselor on June 15, 2022, to discuss his use and reassess his treatment. On June 15, 2022, Mr. Solorio-Bejar contacted Merit and rescheduled his appointment to June 22, 2022. Mr. Solorio-Bejar did not attend his appointment as scheduled and when contacted by this officer on June 23, 2022, did not have a legitimate reason for not attending his appointment. At this time he is in noncompliance with treatment; however, his treatment file remains active.

Prob12C
Re: Solorio-Bejar, Jose Elpidio
June 27, 2022
Page 3

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 27, 2022

s/SanJuanita B. Coronado

SanJuanita B. Coronado
Supervisory U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

Stanley A. Bastian

Signature of Judicial Officer

7/1/2022
Date