PROB 12C
(6/16)

Report Date: October 24, 2022

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Oct 25, 2022**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jose Elpidio Solorio-Bejar    Case Number: 0980 2:11CR06072-SAB-2

Address of Offender: ▇▇▇▇▇▇▇▇▇▇ Kennewick, Washington 99336

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: January 28, 2013

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute Actual Methamphetamine and Aiding and Abetting, 21 U.S.C. §§ 841(a) and 846; and 18 U.S.C. § 2 | |
| Original Sentence: | Prison - 126 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | George JC Jacobs, III | Date Supervision Commenced: July 8, 2020 |
| Defense Attorney: | Jennifer R. Barnes | Date Supervision Expires: July 7, 2025 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 6/27/2022.

On July 8, 2020, Jose Elpidio Solorio-Bejar began his term of supervised release. This same day a probation officer reviewed the judgment and sentence with Mr. Solorio-Bejar. He acknowledging a full understanding of his conditions of supervision, signed his judgment, and was provided a copy.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition #16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Solorio-Bejar is considered in violation of his supervised release by consuming a controlled substance, marijuana, on or about July 5, 2022.<br><br>The undersigned officer contacted Mr. Solorio-Bejar by telephone on July 8, 2022.  He was instructed to report to the probation office on this same date to submit a drug test. Mr. Solorio-Bejar reported to the office as instructed and submitted to a drug test, which was presumptive positive for marijuana. The defendant admitted he had consumed marijuana a few days prior, approximately July 5, 2022.  The sample was submitted to the national laboratory for confirmation. |

Prob12C
Re: Solorio-Bejar, Jose Elpidio
October 24, 2022
Page 2

        Mr. Solorio-Bejar was instructed to report weekly for drug testing to obtain drug levels if needed, and until his tests were all negative. He reported on July 11, 2022, for a drug test which was presumptive positive for marijuana. The test was sent to the national laboratory. Confirmation was received on July 14, 2022, for both the July 8 and 11, 2022, tests confirming they were positive for marijuana. This use was considered residual as Mr. Solorio-Bejar submitted another drug test on July 21, 2022, which was negative for all controlled substances.

6      **Special Condition #16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

      **Supporting Evidence**: Mr. Solorio-Bejar is considered in violation of his supervised release by consuming a controlled substance, methamphetamine, on or about August 3, 2022.

      Mr. Solorio-Bejar reported to the probation office on August 3, 2022, and submitted a drug test. The sample was presumptive positive for methamphetamine. The defendant denied any use. The sample was sent to the national laboratory and on August 9, 2022, confirmation was received indicating the drug test was positive for methamphetamine.

      On August 10, 2022, the undersigned officer contacted Mr. Solorio-Bejar to advise him of the confirmed positive drug test. He continued to deny any use and stated he was confused on why it would be positive. He surmised it may have been old associates he was mowing lawns for that could have possibly given him something when they offered him something to drink.

7      **Special Condition #16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

      **Supporting Evidence**: Mr. Solorio-Bejar is considered in violation of his supervised release by consuming a controlled substance, marijuana, on or about August 12, 2022.

      On August 12, 2022, Mr. Solorio-Bejar reported to the probation office to submit a drug test. The sample was presumptive positive for marijuana. The defendant continued to deny any use. The sample was sent to the national laboratory and on August 20, 2022, confirmation was received the drug test was positive for marijuana.

      On August 18, 2022, Mr. Solorio-Bejar's Merit Resource Services (Merit) counselor reported the defendant submitted a drug test that same day which was presumptive positive for marijuana. The defendant continued to deny any use; however, the lab results were not received to confirm the positive drug test or to obtain levels. His counselor scheduled a re-evaluation of his treatment program based on his continued drug use.

Prob12C
Re: Solorio-Bejar, Jose Elpidio
October 24, 2022
Page 3

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 24, 2022

s/SanJuanita B. Coronado

SanJuanita B. Coronado
Supervisory U.S. Probation Officer

## THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

*Stanley A. Bastian*

Signature of Judicial Officer

10/25/2022

Date