PROB 12C
(6/16)

Report Date: August 1, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 01, 2023

SEAN F. McAVOY, CLERK

## Revised Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jose Elpidio Solorio-Bejar           Case Number: 0980 2:11CR06072-SAB-2

Address of Offender:                    Eltopia, Washington 99330

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: January 28, 2013

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Distribute Actual Methamphetamine and Aiding and Abetting, 21 U.S.C. §§ 841(a) and 846; and 18 U.S.C. § 2 | | |
| Original Sentence: | Prison - 126 months; TSR - 60 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | George JC Jacobs, III | Date Supervision Commenced: | July 8, 2020 |
| Defense Attorney: | Richard A Smith | Date Supervision Expires: | July 7, 2025 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/06/2023.

On July 8, 2020, Jose Elpidio Solorio-Bejar began his term of supervised release. This same day, a probation officer reviewed the judgment and sentence with Mr. Solorio-Bejar. He acknowledged a full understanding of his conditions of supervision, signed his judgment, and was provided a copy.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 9 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: Jose Solorio-Bejar is considered in violation of his term of supervised release by being charged on February 22, 2023, with new crimes of felon in possession of firearm and ammunition, and unlawful user of controlled substances in possession of a firearm and ammunition, in U.S. District Court case 4:23CR06003-SAB-1. |
| | According to the indictment, on or about December 3, 2022, Mr. Solorio-Bejar, knowing that he had previously been convicted of a crime punishable by a term exceeding 1 year, and being an unlawful user of controlled substances, to wit: methamphetamine, did knowingly and intentionally possess in and affecting commerce, a firearm and ammunition, to wit: a Sig Sauer, model P220, .45 caliber pistol, serial number G146998, and one round of .45 caliber ammunition bearing head-stamp "45 AUTO," which both had been transported in interstate commerce, in violation of 18 U.S.C. §§ 922(g)(1), (3), and 924(a)(8). |

Prob12C
Re: Solorio-Bejar, Jose Elpidio
August 1, 2023
Page 2

Refer to the supporting evidence in violation 4 (ECF 254), for offense details.

The U.S. Probation Office respectfully recommends the Court incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   August 1, 2023

s/SanJuanita B. Coronado

SanJuanita B. Coronado
Supervisory U.S. Probation Officer

## THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[x]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[x]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_Stanley A. Bastian_
Signature of Judicial Officer

8/1/2023
Date